

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

|  | § |  |
|---|---|---|
| ALORICA AND ALORICA, INC., | | No. 08-18-00158-CV |
| | § | |
| Appellants, | | Appeal from the |
| | § | |
| v. | | 243rd District Court |
| | § | |
| ELVIA JASSO, | | of El Paso County, Texas |
| | § | |
| Appellee. | | (TC# 2018-DCV-1535) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed as moot. We therefore dismiss the appeal as moot. We further order Appellants pay all costs of this appeal, and this decision be certified below for observance.

IT IS SO ORDERED THIS 28TH DAY OF NOVEMBER, 2018.

GINA M. PALAFOX, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.